| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Lokal LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3826916** |
| 4. | **Debtor's address** | **Principal place of business** **305 Trilith Pkwy Ste 300 #1691 Fayetteville, GA 30214** Number, Street, City, State & ZIP Code  **Fayette** County | **Mailing address, if different from principal place of business** **305 Trilith Pkwy Ste 300 #1691 Fayetteville, GA 30214** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Lokal LLC**  _____  Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5311**

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check **all** that apply*:

        ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☐ No. ☒ Yes. |
|---|---|---|

    District **ND Ga**    When **5/3/24**    Case number **24-54465-pwb**
    District _____    When _____    Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No ☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

Debtor    **Lokal LLC**_____    Case number (*if known*)_____
             Name

| 11. | **Why is the case filed in** *this district?* | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Official Form 201                        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page 3

Debtor **Lokal LLC**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 2, 2025**
MM / DD / YYYY

**X** **/s/ Jouval Zive**            **Jouval Zive**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Brad Fallon**            Date    **June 2, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Brad Fallon**
Printed name

**Fallon Law PC**
Firm name

**1201 W. Peachtree St. NW, Suite 2625**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone    **(404) 849-2199**    Email address    **brad@fallonbusinesslaw.com**

**226335 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Lokal LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dekalb County Tax Comissioner**<br>**4380 Memorial Dr #100**<br>**Decatur, GA 30032** | | **Property Taxes** | | | | $4,731.00 |
| **Truist Bank**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | | $500.00 |
| **United States Bankruptcy Court**<br>**1340 Richard Russell Building**<br>**75 Ted Turner Drive, SW**<br>**Atlanta, GA 30303** | | **Filing Fees** | | | | $3,476.00 |

```
Anchor Loans
One Baxter Way #220
Thousand Oaks, CA 91362


Dekalb County Tax Comissioner
4380 Memorial Dr #100
Decatur, GA 30032


Fay Servicing ISAOA / ATIMA
PO Box 7047
Troy, MI 48007-7047


Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


PO Solutions Par Four Way HOA
6713 Church St.
Atlanta, GA 30314


RCN Capital
75 Gerber Rd E #102
South Windsor, CT 06074


Shay Brandes
12 Aba Hillel Silver St.
Ayalon Tower Ramat Gan 52506 Israel


Taylor Ridge Villas Homeowners Assoc.
7560 Taylor Road, Unit #19
Riverdale, GA 30274


Truist Bank
PO Box 7346
Philadelphia, PA 19101-7346


United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Waldrop Park Condominium Association
2724 Wesley Chapel Rd, #360700
Decatur, GA 30036
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re: **Lokal LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lokal LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**June 2, 2025**
Date

/s/ Brad Fallon
**Brad Fallon**
Signature of Attorney or Litigant
Counsel for **Lokal LLC**
**Fallon Law PC**
**1201 W. Peachtree St. NW, Suite 2625**
**Atlanta, GA 30309**
**(404) 849-2199  Fax:**
**brad@fallonbusinesslaw.com**